# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS CASEY GUILLEN III., | Case No.: 1:18-cv-01466 DAD JLT |
| Plaintiff, | ORDER DIRECTING THE CLERK OF COURT TO CLOSE THIS ACTION IN LIGHT OF THE NOTICE OF VOLUNTARY DISMISSAL |
| v. | |
| CORRECTIONAL OFFICER ARGUETA, et al., | (Doc. 6) |
| Defendants. | |

On February 13, 2019, the parties filed a stipulation to dismiss the action with prejudice. (Doc. 6) The stipulation relies upon Rule 41(a)(1)(A)(ii), which makes such stipulations effective immediately with further order of the Court. Because all parties who have appeared in the action signed the stipulation (Doc. 6), it "automatically terminate[d] the action." Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action and to terminate the pending motion (Doc. 5).

IT IS SO ORDERED.

Dated: __June 13, 2019__           __/s/ Jennifer L. Thurston__
                                                UNITED STATES MAGISTRATE JUDGE